2:44 PM
01/07/20

# THE LOMNITZER LAW FIRM, PA
## Open Invoices
### As of January 7, 2020

| Type | Date | Num | P. O. # | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|
| **MALIBU MEDIA** | | | | | | | |
| Invoice | 05/24/2019 | 19-1995 | | Due on re… | 05/24/2019 | 228 | 45,522.50 |
| Invoice | 06/03/2019 | 19-2017 | | Due on re… | 06/03/2019 | 218 | 35,440.51 |
| Invoice | 07/10/2019 | 19-2042 | | Due on re… | 07/10/2019 | 181 | 42,148.77 |
| Invoice | 07/24/2019 | 19-2044 | | Due on re… | 07/24/2019 | 167 | 41,070.00 |
| Invoice | 08/16/2019 | 19-2069 | | Due on re… | 08/16/2019 | 144 | 39,735.40 |
| Invoice | 08/28/2019 | 19-2070 | | Due on re… | 08/28/2019 | 132 | 31,027.50 |
| Invoice | 09/10/2019 | 19-2071 | | Due on re… | 09/10/2019 | 119 | 27,605.24 |
| Total MALIBU MEDIA | | | | | | | 262,549.92 |
| **TOTAL** | | | | | | | **262,549.92** |