| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Jerold Schneider SBN 26975 (Florida)**<br>**Schneider IP Law**<br>**7127 Corning Cir**<br>**Boynton Beach, FL 33437**<br>ATTORNEY FOR  **Plaintiff** | **(561) 309-5374** | |
| SOUTHERN DISTRICT, WEST PALM BEACH<br>701 Clematis Street, Room 202<br>West Palm Beach, FL 33401 | | |
| SHORT TITLE OF CASE:<br>The Lomnitzer Law Firm, PA v. Malibu Media, LLC | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>9:20-CV-80027 |
| | **Declaration of Service** | Ref. No. or File No:<br>00074 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Complaint; Exhibits to Complaint; Summons-Federal;**

On: **Malibu Media, LLC**

 By Serving Colette Pelissier, Agent for Service

I served the above listed documents in accordance with FRCP 4(h) or CCP 415.20(a)

at: **30700 Russell Ranch Rd Ste 250   Westlake Village, CA 91362**

On: **1/17/2020**          Date:  **09:34 AM**

In the above mentioned action by serving to and leaving with
**Abby Thompson**
**Receptionist**

A declaration of mailing is attached.

Person attempting service:

  a. Name: **Brett Peters**
  b. Address: **801 S. Victoria Suite 304, Ventura, CA 93003**
  c. Telephone number: **805-650-9077**
  d. **The fee** for this service was: **75.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Brett Peters          Date: 01/17/2020

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Jerold Schneider SBN 26975 (Florida)**<br>**Schneider IP Law**<br>**7127 Corning Cir**<br>**Boynton Beach, FL 33437**<br>ATTORNEY FOR **Plaintiff** | **(561) 309-5374** | |
| SOUTHERN DISTRICT, WEST PALM BEACH<br>701 Clematis Street, Room 202<br>West Palm Beach, FL 33401 | | |
| SHORT TITLE OF CASE:<br>The Lomnitzer Law Firm, PA v. Malibu Media, LLC | | |
| DATE:    TIME:    DEP./DIV. | | CASE NUMBER:<br>9:20-CV-80027 |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>00074 |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **01/17/2020**, I served the within:
**Complaint; Exhibits to Complaint; Summons-Federal;**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Ventura**, California, addressed as follows:

**Malibu Media, LLC**
**30700 Russell Ranch Rd Ste 250   Westlake Village, CA 91362**

Declarant:

 a. Name: **Brett Peters**
 b. Address: **801 S. Victoria Suite 304, Ventura, CA 93003**
 c. Telephone number: **805-650-9077**
 d. **The fee** for this service was: **75.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



**Brett Peters**                        Date: **01/17/2020**