# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

Case No.9:20-cv-80027-RKA

| | |
|---|---|
| THE LOMNITZER LAW FIRM, P.A. | ) |
|     Plaintiff | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| MALIBU MEDIA, LLC | ) |
|     Defendant | ) |
| | ) |

## APPLICATION FOR DEFAULT ENTRY BY THE CLERK

NOW COMES THE PLAINTIFF, by and through undersigned counsel, and requests that the Clerk enter Default against the Defendant.

Defendant was served on January 12, 2020 (See, D.E. 7). Defendant's response to the complaint was due on February 7, 2020. No response has been filed and no application for an extension of time has been filed.

Pursuant to Local Rule 7.1(a)(1)(D) no memorandum of law is required.

Accordingly, default should be entered by the Clerk.

Dated: February 10, 2020                    Respectfully submitted,

                                                      By:/s/ Jerold I. Schneider
                                                      Jerold I. Schneider
                                                      Florida Bar No.: 26975
                                                      Jerold I. Schneider, P.A.
                                                      7127 Corning Cir.
                                                      Boynton Beach, FL 33437-3987
                                                      Telephone: (561) 309-5374
                                                      Jerold.schneider@schneideriplaw.legal
                                                          *Attorney for Plaintiff*