UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE LOMNITZER LAW FIRM, P.A.

    PLAINTIFF(S)

v.

MALIBU MEDIA, LLC,

    DEFENDANT(S).

CASE NUMBER
  9:20−cv−80027−RKA

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Malibu Media, LLC**

as of course, on the date February 10, 2020.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Crystal Barnes−Butler*
Deputy Clerk

cc:  Judge Roy K. Altman
    The Lomnitzer Law Firm, P.A.
    7999 N. Federal Highway
Suite 202

    Boca Raton, FL 33487

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)