UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80027-CIV-ALTMAN/Brannon

**THE LOMNITZER LAW FIRM, P.A.**,

    *Plaintiff*,

v.

**MALIBU MEDIA, LLC**,

    *Defendant*.

_____/

## ORDER

**THIS MATTER** comes before the Court on the Defendant's Motion to Set Aside the Clerk's Entry of Default [ECF No. 12]. Having reviewed the Motion, the record, and the governing law, the Court finds good cause under FED. R. CIV. P. 55(C) to set aside the default. Accordingly, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. The Motion to Set Aside the Clerk's Entry of Default [ECF No. 12] is **GRANTED**.

2. The Clerk's Entry of Default [ECF No. 9] is **SET ASIDE**.

3. The Plaintiff's Motion for Default Judgment [ECF No. 11] is **DENIED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of April 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record