**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

| | |
|---|---|
| THE LOMNITZER LAW FIRM, P.A., ) | |
| ) | Civil Case No. 9:20-cv-80027-RKA |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR LEAVE TO WITHDRAW AS
COUNSEL FOR DEFENDANT, MALIBU MEDIA, LLC**

COMES NOW the Movant, Antonio S. Gonzalez, Esquire of Antonio S. Gonzalez, P.A. (hereinafter referred to as the "Firm"), and hereby files this, its Motion for Leave to Withdraw as Counsel for Defendant, Malibu Media, LLC, ("Defendant"), and states as follows:

1. By mutual agreement between the Firm and Defendant, the parties have agreed that undersigned counsel discontinue representation in this matter.

2. The Firm advised Defendant of its intention to withdraw on April 3, 2020. The Firm also informed counsel for Plaintiff of its intention to withdraw on April 6, 2020.

3. Accordingly, there is just cause for the entry of an order granting Antonio S. Gonzalez, Esquire of Antonio S. Gonzalez, P.A. leave to withdraw as counsel for the Defendant in this cause.

4. Defendant, Malibu Media, LLC, has provided to the firm an address for its future communications to be sent located at 30700 Russell Ranch Road, Suite 250, Westlake Village, CA 91362.

5.      Pursuant to Local Rule 11.1(d)(3)(a), the Firm has advised counsel for Plaintiff and Defendant of its intention to withdraw representation.

WHEREFORE, the Movant, Antonio S. Gonzalez, Esquire of Antonio S. Gonzalez, P.A., respectfully requests that this Honorable Court enter an Order granting it to withdraw as counsel for Defendant in this cause.

Dated: April 6, 2020.

Respectfully submitted,

By: /s/ Antonio S. Gonzalez
ANTONIO S. GONZALEZ, ESQ.
Florida Bar No. 128082
ANTONIO S. GONZALEZ. P.A
3211 Ponce de Leon Blvd
Ste. 207
Miami, Florida 33134-7274
Telephone: (305) 774-6569
E-mail: asgpa@aol.com
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Antonio S. Gonzalez
ANTONIO S. GONZALEZ, ESQ.