# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.9:20-cv-80027-ALTMAN/Brannon

| | |
|---|---|
| THE LOMNITZER LAW FIRM, P.A., | ) |
| *Plaintiff,* | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| MALIBU MEDIA, LLC, | ) |
| *Defendant*. | ) |
| | ) |

## PLAINTIFF'S MOTION FOR LEAVE TO DISBURSE FUNDS FROM ATTORNEY TRUST ACCOUNT

NOW COMES THE PLAINTIFF, by and through undersigned counsel, and moves for leave to disburse funds from and states as follows:

1. The previously filed Affidavit/Declaration of Lorri Lomnitzer, [ECF No. 11-1] President of Plaintiff, established the following:

    a. The Lomnitzer Law Firm, P.A. ("The Firm") provided legal services to Defendant pursuant to an Engagement Agreement including but not limited to coordinating litigation on behalf of Defendant on a nationwide basis, receiving settlements of such litigation, depositing such settlements into the Firm's trust account, and paying certain fees and expenses in connection with Malibu's litigation. The Firm issued invoices to Malibu on a regular basis for the services provided to Malibu under the Engagement Agreement, paid some of the Firm's invoices from the monies deposited into the Firm's trust account, and remitted monies from the Firm's trust account to Malibu. On or about October 31, 2018, the Firm and Malibu

    entered into an Addendum to the Agreement reflecting, inter alia, the frequency of invoices to Malibu, the maximum amount of services to be invoiced each month, and the frequency of payments of the Firm's invoices. The Firm issued invoices to Malibu on a regular basis for the incurred expenses in connection with the provision of those legal services. [Affidavit/Declaration of Lorri Lomnitzer, ECF No. 11-1, ¶¶3-4]

  b. Beginning at a date presently unknown, Malibu began a program of circumventing the Agreement, the Addendum, and the relationship between the Firm and Malibu by instructing attorneys in various jurisdictions that were representing Malibu in the nationwide litigation to by-pass the Firm and to remit settlement monies from such litigation other than to the Firm while still expecting the Firm to pay expenses incurred for and on behalf of and for the benefit of Malibu. [Id. ¶5]

2. The current financial status is as follows:

  a. Plaintiff currently is holding $58,284.34 in its attorney trust account;

  b. Defendant currently owes Plaintiff, excluding interest, based on invoices listed in Exhibit A to the Complaint the amount of:     $262,549.92

  c. Defendant further owes Plaintiff Interest through 12/31/19 based on the provision in the Engagement Agreement providing for interest, as stated in the complaint, in the amount of:     $17,508.40

  d. Defendant further owes Plaintiff Interest for the period of 1/1/20 through 2/29/20 in the amount of:     $7,876.50

  e. Defendant further currently owes Plaintiff for various third-party

Invoices as set forth in paragraph 21 of the Complaint, it being understood, however, that Plaintiff does not undertake to pay those third-party invoices unless and until Plaintiff collects that amount from Defendant over and above the amounts Defendant otherwise owes Plaintiff;   $10,888.34

f. Defendant further owes Plaintiff the costs of this action in the amount of   $475.00

g. Defendant further owes Plaintiff its reasonable attorney fees in an amount to be determined by the Court based on the attorney-fee provision in the Engagement Agreement as stated in the complaint. [Affidavit/Declaration of Lorri Lomnitzer ¶¶8(a-g),9]

3. Plaintiff seeks leave to disburse the funds in its trust account in payment of Plaintiff's invoices to Defendant (principal and interest, oldest first).

4. The funds collected from third parties were placed in Plaintiff's trust account and disbursed as agreed between the parties and as more fully detailed above in paragraph 1a. However, when Plaintiff terminated its ongoing relationship with Defendant, Plaintiff ceased paying its own invoices, despite the agreement between the parties, pending a resolution of Plaintiff's claim which far exceeded the amount in the attorney trust account.

5. Plaintiff now seeks leave to use the funds in its trust account for the originally intended purpose, namely, payment of Plaintiff's invoices to Defendant.

6. Plaintiff submits that the foregoing constitutes good cause for the requested relief.

## **CERTIFICATE OF GOOD FAITH CONFERENCE; UNABLE TO CONFER**

Pursuant to Local Rule 7.1(a)(3)(B), I hereby certify that counsel for the movant has made reasonable efforts to confer with all parties and non-parties who may be affected by the relief sought in the motion but has been unable to do so.  The reasonable efforts made were specifically as follows:

Defendant's attorney, Antonio S. Gonzalez, has filed a motion to withdraw [ECF No. 17] which is unopposed. [ECF No. 19]  The undersigned believes, based on prior conduct of various attorneys "representing" Defendant although not in this litigation, that the sole purpose of Mr. Gonzalez' appearance (unbeknownst to Mr. Gonzalez) was to have the default set aside, to thus delay matters, and that Defendant had no intention of utilizing the services of Mr. Gonzalez thereafter.

However, unless and until the Court grant's Mr. Gonzalez' motion he remains as counsel of record for Defendant. Accordingly, concurrence in the requested relief was sought on April 8, 2020, via-email to which no response has been received.

Dated: April 10, 2020
                                            Respectfully submitted,
                                            /s/ Jerold I. Schneider
                                            Jerold I. Schneider
                                            Florida Bar No.: 26975
                                            **SCHNEIDER IP LAW**
                                            7127 Corning Cir.
                                            Boynton Beach, FL 33437-3987
                                            Telephone: (561) 309-5374
                                            Jerold.schneider@schneideriplaw.legal
                                                *Attorney for Plaintiff*