**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-80027-CIV-ALTMAN/Brannon**

**THE LOMNITZER LAW FIRM, P.A.**,

    *Plaintiff*,

v.

**MALIBU MEDIA, LLC**,

    *Defendant*.

_____/

**ORDER**

**THIS MATTER** comes before the Court upon the Motion to Withdraw as Counsel (the "Motion") [ECF No. 17], filed by Antonio S. Gonzalez, counsel for the Defendant, on April 6, 2020.

Being fully advised, the Court hereby **ORDERS** as follows:

1. The Motion is **GRANTED**. Mr. Gonzalez is relieved of further responsibility in this case.

2. Within **three (3) days** of the entry of this Order, Mr. Gonzalez shall send to the Defendant's last known address(es) copies of this Order and shall file a notice with the Court certifying that he has done so.

3. The Clerk is directed to remove Mr. Gonzalez from the CM/ECF service list of this case.

4. The Defendant is a limited liability company and is not *sui juris*. *See Ortega v. Las Brisas Restaurante, LLC*, No. 14-62190-CIV, 2015 WL 11181730, at *1 (S.D. Fla. Mar. 24, 2015) ("Artificial entities like corporations and limited liability companies cannot appear pro se and must be represented by counsel." (citing *Palazzo v. Gulf*

2

*Oil Corp.*, 764 F.2d 1381, 1385-86 (11th Cir. 1985))). Accordingly, by no later than **April 24, 2020**, the Defendant shall retain new counsel, and new counsel shall file a notice of appearance. The Defendant's failure to appear *through counsel* by April 24, 2020 will result in sanctions, including the entry of default.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of April 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record