IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80027-CIV-ALTMAN/Brannon

**THE LOMNITZER LAW FIRM, P.A.,**

    **Plaintiff,**

vs.

**MALIBU MEDIA, LLC,**

    **Defendant.**
_____/

**DEFENDANT'S UNOPPOSED MOTION
TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION
FOR LEAVE TO DISBURSE FUNDS FROM ATTORNEY TRUST ACCOUNT**

    Defendant, Malibu Media, LLC ("Defendant"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, seeks a fourteen (14) day extension of time to respond to the Plaintiff's Motion for Leave to Disburse Funds From Attorney Trust Account [ECF No. 20] (the "Motion") filed by the Plaintiff, Lomnitzer Law Firm, P.A. ("Plaintiff"), or through and including May 8, 2020.  In support, the Defendant states as follow:

    1.    The Plaintiff commenced this case on January 9, 2020.

    2.    A Clerk's Default was entered on February 10, 2020; however, the Court entered an order setting aside the default on April 2, 2020.

    3.    On April 10, 2020, the Plaintiff filed the Motion, seeking authority to disburse funds currently held in trust on behalf of the Defendant to the Plaintiff.  Pursuant to Local Rule 7.1(c), the Defendant is required to respond to the Motion on or before April 24, 2020.

{00342137.DOC}

4. On April 15, 2020, the Defendant's counsel of record was permitted to withdraw from this case.

5. Defendant has retained the undersigned law firm to serve as counsel in this action. Undersigned counsel requests a brief extension of time to confer with the Plaintiff regarding the relief sought in the Motion and, if necessary, file a memorandum in opposition. Federal Rule of Civil Procedure 6(b) allows the Court to extend the deadline to respond to the Motion upon a showing of good cause. Here, the withdrawal of the Defendant's prior counsel, coupled with the COVID-19 pandemic, constitute good cause for the requested extension.

WHEREFORE, the Defendant requests that the Court extend the deadline to respond to the Motion by a period of 14 days, or through and including May 8, 2020, and for such additional relief as is just and proper.

### Local Rule 7.1(3) Certification

Undersigned counsel certifies that he conferred with counsel for the Plaintiff on April 23, 2020, and that the Plaintiff does not oppose the requested extension.

Dated: April 23, 2020

**JENNIS LAW FIRM**

  /s/ *David S. Jennis*
**DAVID S. JENNIS, ESQUIRE**
Florida Bar No. 775940
606 E. Madison Street
Tampa, FL 33602
(813) 229-2800
ecf@jennislaw.com
djennis@jennislaw.com
*Attorneys for Malibu Media, LLC*

{00342137.DOC}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded via CM/ECF to Jerold Schneider, Schneider IP Law, 7127 Corning Circle, Boynton Beach, Florida 33437, on this 23rd day of April, 2020.

                                                  /s/ *David S. Jennis*
                                            **DAVID S. JENNIS, ESQUIRE**