IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80027-CIV-ALTMAN/Brannon

**THE LOMNITZER LAW FIRM, P.A.,**

    **Plaintiff,**

vs.

**MALIBU MEDIA, LLC,**

    **Defendant.**
_____/

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE JOINT SCHEDULING REPORT

Defendant, Malibu Media, LLC ("Defendant"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, seeks an extension of time to conduct the scheduling conference required by Federal Rule of Civil Procedure 26 and Local Rule 16.1 and to file the scheduling report required by Local Rule 16.1(3), by a period of seven (7) days, or through and including April 30, 2020.  In support, the Defendant states as follow:

    1.    The Plaintiff, Lomnitzer Law Firm, P.A. ("Plaintiff"), commenced this case on January 9, 2020.

    2.    A Clerk's Default was entered on February 10, 2020; however, the Court entered an order setting aside the default on April 2, 2020.

    3.    On April 2, 2020, the Court entered an order requiring the parties to submit a joint scheduling report pursuant to Local Rule 16.1 on or before April 23, 2020.

    4.    On April 15, 2020, the Defendant's counsel of record was permitted to withdraw from this case.

{00342131.DOC}

5.     Defendant has retained the undersigned law firm to serve as counsel in this action. Undersigned counsel requests a brief extension of time to confer with counsel for the Plaintiff to submit the joint scheduling report required by Rule 16.1. Federal Rule of Civil Procedure 6(b) allows the Court to extend such deadline upon a showing of "good cause." Here, the withdrawal of Defendant's prior counsel, coupled with scheduling difficulties precipitated by the COVID-19 pandemic, constitute "good cause" for the requested extension.

WHEREFORE, the Defendant requests that the Court extend the deadline to submit the joint scheduling report required by Local Rule 16.1 by a period of 7 days, or through and including April 30, 2020, and for such additional relief as is just and proper.

### Local Rule 7.1(3) Certification

Undersigned counsel certifies that he conferred with counsel for the Plaintiff on April 23, 2020, and that the Plaintiff does not oppose the requested extension.

Dated: April 23, 2020

                              **JENNIS LAW FIRM**

                              _/s/ *David S. Jennis*_
                             **DAVID S. JENNIS, ESQUIRE**
                             Florida Bar No. 775940
                             606 E. Madison Street
                             Tampa, FL 33602
                             (813) 229-2800
                             ecf@jennislaw.com
                             djennis@jennislaw.com
                             *Attorneys for Malibu Media, LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded via CM/ECF to Jerold Schneider, Schneider IP Law, 7127 Corning Circle, Boynton Beach, Florida 33437, on this 23rd day of April, 2020.

                              _/s/ *David S. Jennis*_
                             **DAVID S. JENNIS, ESQUIRE**

{00342131.DOC}