## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-80027-CIV-ALTMAN/Brannon

**THE LOMNITZER LAW FIRM, P.A.**,

    *Plaintiff*,

v.

**MALIBU MEDIA, LLC**,

    *Defendant*.

_____/

### **ORDER**

The Plaintiff alleges that this Court may exercise subject-matter jurisdiction over this case, under 28 U.S.C. § 1332, because there is complete diversity between the parties and the amount in controversy exceeds $75,000.[1] *See* Complaint [ECF No. 1] ¶¶ 1, 2, 6–8.

"When a plaintiff asserts diversity jurisdiction, it has the burden to prove that there is complete diversity." *Tvestments, Ltd v. L.K. Station Grp., LLC*, 2008 WL 4613070, at *1 (S.D. Fla. Oct. 16, 2008). "[L]ike a limited partnership, a limited liability company is a citizen of any state of which a member of the company is a citizen." *Rolling Greens MHP, LP v. Comcast SCH Holdings, LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004). Thus, to "sufficiently allege the citizenships of these unincorporated business entities, a party must list the citizenships of all the members of the limited liability company and all the partners of the limited partnership." *Id.* at 1022; *see also Tvestments*, 2008 WL 4613070, at *1 (dismissing complaint where the plaintiff "failed to list the

---

[1] "A federal court not only has the power but also the obligation at any time to inquire into jurisdiction whenever the possibility that jurisdiction does not exist arises." *Fitzgerald v. Seaboard Sys. R.R., Inc.*, 760 F.2d 1249, 1251 (11th Cir. 1985) (citations omitted). It is the Court's responsibility to "zealously insure that jurisdiction exists over a case." *Smith v. GTE Corp.*, 236 F.3d 1292, 1299 (11th Cir. 2001).

citizenships of all the members of each limited liability company" defendant).

Although the Defendant—Malibu Media, LLC ("Malibu")—is a limited liability company, the Complaint does not indicate the citizenship of its members. As a result, the Plaintiff has not established complete diversity.

Accordingly, the Court hereby

**ORDERS** the Plaintiff to **SHOW CAUSE** by **May 8, 2020** why this case should not be dismissed for lack of subject-matter jurisdiction. Any response must include a complete list of Malibu's members and their respective citizenships. Failure to comply will result in dismissal without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of April 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record