IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-80027-CIV-ALTMAN/Brannon

THE LOMNITZER LAW FIRM, P.A.,
    *Plaintiff,*

v.

MALIBU MEDIA, LLC,
    *Defendant.*
                                /

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [ECF No. 30]**

Plaintiff, by and through undersigned counsel, responds to this Court's Order to Show Cause [ECF No. 30] regarding complete diversity between the parties, and states as follows:

1. Plaintiff is a Florida corporation and thus a "citizen" of Florida for diversity purposes.

2. Defendant Malibu Media, LLC is a California Limited Liability Company as acknowledged in Defendant's Certificate of Interested Persons and Corporate Disclosure Statement [ECF No. 27] ;

3. Collette (sic, Colette) Pelissier is identified as the sole member of Defendant Malibu Media, LLC in Defendant's Certificate of Interested Persons and Corporate Disclosure Statement [ECF No. 27]; and

4. Plaintiff submits that Collette (sic, Colette) Pelissier is a citizen of the State of California based on Paragraph 1 of an Affidavit of Colette Pelisser dated August 30, 2018, stating that Colette Pelissier is a resident of the State of California.  .

WHEREFORE, Plaintiff submits that there is complete diversity between the parties, that this Court has subject-matter jurisdiction, and requests that the Order To Show Cause be discharged.

Dated: April 27, 2020    Respectfully submitted,

By:/s/ Jerold I. Schneider
Jerold I. Schneider
Florida Bar No.: 26975
JEROLD I. SCHNEIDER, P.A.
7127 CORNING CIR.
BOYNTON BEACH, FL 33437-3987
Telephone: (561) 309-5374
Jerold.schneider@schneideriplaw.legal
*Attorney for Plaintiff*