UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-80027-CIV-ALTMAN/Brannon

**THE LOMNITZER LAW FIRM, P.A.,**

    *Plaintiff,*

v.

**MALIBU MEDIA, LLC,**

    *Defendant.*

## PLAINTIFF'S INITIAL DISCLOSURE

Pursuant to Fed. R. Civ. P. 26(a)(1) Plaintiff makes the following Initial Disclosure:

**Fed. R. Civ. P. 26(a)(1)(A)(i) each individual likely to have discoverable information and the nature of that information:**

Lorri Lomnitzer, Esq. c/o Plaintiff's counsel: all allegations in the complaint.

Colette Pelissier c/o Defendant's counsel:   All allegations in the complaint and answer; Defendant's settlement of copyright claims against third parties; receipt and/or payment of settlement moneys to or for the benefit of Defendant.

Jason (Jay) Kotzker, Esq.   9609 S. University Blvd, Highlands Ranch, Co (303) 875-5386.   Facts and documents relating to Plaintiff's claims and any Defenses. Facts and documents relating to Defendant's settlement of copyright lawsuits against third parties.

Dain DeFelice, BHK Financial 2222 S. Dobson Rd. Suite 1104, Mesa, AZ. 85202. Facts and documents relating to Defendant's settlement of copyright lawsuits against third parties; facts relating to overseeing copyright lawsuits against third parties.

Gabi Li c/o Defendant's counsel; Facts and documents relating to Defendant's settlement of copyright lawsuits against third parties; facts relating to changing the settlement agreements and negotiation of settlements.

Mary K. Schulz, Esq. 4503 McCullum Trail, Hiawassee, GA 30546 and/or 1144 E. State Street, Suite A260 Geneva, IL 60134.   Facts and documents relating to Defendant's settlement of copyright lawsuits against third parties.

Joel A. Bernier, Esq. 49139 Schoenherr Road, Shelby Township, MI 48315-3858; (586) 991-7611:   Facts and documents relating to Defendant's settlement of copyright lawsuits against third parties.

**Fed. R. Civ. P. 26(a)(1)(A)(ii) documents in the possession of Plaintiff that Plaintiff may use in support of claims and/or defenses excluding those to be used solely for impeachment:**

Invoices from Plaintiff to Defendant have been produced to one of Defendant's prior counsel prior to the commencement of this suit. Financial ledger indicating payments received for the benefit of Defendant have been produced to one of Defendant's prior counsel prior to the commencement of this suit.   Financial ledger indicating payments from Plaintiff to Defendant have been produced to one of Defendant's prior counsel prior to the commencement of this suit. Settlement agreements between Defendant and third-party copyright infringers to the extent that they were in the possession, custody or control of Plaintiff have been produced to Defendant prior to the commencement of this suit. Retainer Agreement between Plaintiff and Defendant. Addendum to Retainer Agreement between Plaintiff and Defendant.

**Fed. R. Civ. P. 26(a)(1)(A)(iii) computation of each category of damages;**

This information has already been set forth in the complaint.

**Fed. R. Civ. P. 26(a)(1)(A)(iv) insurance agreements:**

None.

Dated: April 27, 2020

Respectfully submitted,

/s/ Jerold I. Schneider
Jerold I. Schneider,
Florida Ba No.   26975

**SCHNEIDER IP LAW**
7127 CORNING CIR.
BOYNTON BEACH, FL 33437-3987
561-309-5374
Jerold.schneider@schneideriplaw.legal

*Counsel for The Lomnitzer Law Firm, P.A.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for Defendant electronically as follows:

Erik Johanson – ejohanson@jennislaw.com
David Jennis – djennis@jennislaw.com

this 27th day of April 2020.

/s/ Jerold I. Schneider
Jerold I. Schneider