# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-80027-CIV-ALTMAN/Brannon

**THE LOMNITZER LAW FIRM, P.A.**,

    *Plaintiff*,

v.

**MALIBU MEDIA, LLC**,

    *Defendant*.

_____/

## ORDER

On April 27, 2020, the Plaintiff filed its Rule 26(a)(1)(A) Initial Disclosures [ECF No. 32] (the "Initial Disclosures"). Local rule 26.1(b) of the U.S. District Court for the Southern District of Florida provides:

> **Service and Filing of Discovery Material.** Initial and expert disclosures and the following discovery requests, responses, objections, notices or any associated proof of service shall not be filed until they are used in the proceeding or the court orders their filing: (1) deposition transcripts; (2) interrogatories; (3) requests for documents, electronically stored information or things, or to permit entry upon land; (4) requests for admission; (5) notices of taking depositions or notices of serving subpoenas; and (6) privilege logs.

As of this writing, initial disclosures have not been used in this proceeding. Nor has the Court ordered their filing. Accordingly, the Court hereby

**ORDERS** that the Initial Disclosures [ECF No. 32] be **STRICKEN** from the docket.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of April 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record