# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:20-80027-CIV-ALTMAN/Brannon

THE LOMNITZER LAW FIRM, P.A.,
    *Plaintiff,*

v.

MALIBU MEDIA, LLC,
    *Defendant.*
_____/

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO DISBURSE FUNDS [ECF No. 20]

Plaintiff, by and through undersigned counsel, hereby strikes and/or withdraws, without prejudice, its Motion for Leave to Disburse Funds From Attorney Trust Account.

Dated: April 30, 2020　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:/s/ Jerold I. Schneider
　　　　　　　　　　　　　　　　Jerold I. Schneider
　　　　　　　　　　　　　　　　Florida Bar No.: 26975
　　　　　　　　　　　　　　　　JEROLD I. SCHNEIDER, P.A.
　　　　　　　　　　　　　　　　7127 CORNING CIR.
　　　　　　　　　　　　　　　　BOYNTON BEACH, FL 33437-3987
　　　　　　　　　　　　　　　　Telephone: (561) 309-5374
　　　　　　　　　　　　　　　　Jerold.schneider@schneideriplaw.legal
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*