**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-80027-CIV-ALTMAN/Brannon**

**THE LOMNITZER LAW FIRM, P.A.**,

    *Plaintiff*,

v.

**MALIBU MEDIA, LLC**,

    *Defendant*.

_____/

**ORDER**

The Court's Scheduling Order [ECF No. 36] required the parties, by May 22, 2020, to select a mediator and to schedule a time, date, and place for mediation. On May 15, 2020, the parties filed a Joint Notice of Mediation Selection [ECF No. 39], which failed to describe the place of mediation. Accordingly, the Court hereby

**ORDERS** that the parties shall comply with the requirements of the Scheduling Order by **May 22, 2020**. Specifically, the parties must provide the address at which mediation is scheduled to take place. The proposed order shall be filed on the docket and emailed to altman@flsd.uscourts.gov in Word format. Failure to comply with this Order may result in dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of May 2020.

                                                   **ROY K. ALTMAN**
                                                 **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record