IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80027-CIV-ALTMAN/Brannon

**THE LOMNITZER LAW FIRM, P.A.,**

    **Plaintiff,**

vs.

**MALIBU MEDIA, LLC,**

    **Defendant.**

_____/

### JOINT NOTICE OF SETTLEMENT
### AND REQUEST TO STAY PENDING DEADLINES

Plaintiff, The Lomnitzer Law Firm, P.A. ("Lomnitzer") and Defendant, Malibu Media, LLC ("Malibu Media"), by counsel and pursuant to Local Rule, jointly notify the Court that the parties have reached an agreement in principle to settle this cause. The parties are contemporaneously seeking a 60 day stay of all pending deadlines to draft a mutually acceptable settlement agreement.

Dated: June 26, 2020

| | |
|---|---|
| **JENNIS LAW FIRM** | **SCHNEIDER IP LAW** |
| /s/ *David S. Jennis* | /s/ *Jerold I. Schneider* |
| **DAVID S. JENNIS, ESQUIRE** | **JEROLD I. SCHNEIDER, ESQUIRE** |
| Florida Bar No. 775940 | Florida Bar No. 26975 |
| **ERIK JOHANSON, ESQUIRE** | 7127 Corning Circle |
| Florida Bar No. 106417 | Boynton Beach, FL 33437-3987 |
| 606 E. Madison Street | (561) 309-5374 |
| Tampa, FL 33602 | Jerold.Schneider@schneideriplaw.legal |
| (813) 229-2800 | *Attorneys for The Lomnitzer Law Firm, P.A.* |
| ecf@jennislaw.com | |
| djennis@jennislaw.com | |
| *Attorneys for Malibu Media, LLC* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded via CM/ECF to Jerold Schneider, Schneider IP Law, 7127 Corning Circle, Boynton Beach, Florida 33437, on this 26th day of June 2020.

        /s/ *David S. Jennis*
        **DAVID S. JENNIS, ESQUIRE**