IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80027-CIV-ALTMAN/Brannon

THE LOMNITZER LAW FIRM, P.A.,

 Plaintiff,

vs.

MALIBU MEDIA, LLC,

 Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION
### TO STAY DEADLINES PENDING SETTLEMENT

Defendant, Malibu Media, LLC ("Defendant"), by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 6(b) and 16(b)(4) and Local Rule 7.1, moves to stay all deadlines for a period of 60 days to enable the parties to finalize a pending settlement agreement. In support, the Defendant states as follows:

1. The parties agreed in principle to settle this case on June 26, 2020.

2. The parties request a 60 day stay of all pending deadlines set forth in the Court's scheduling order to finalize their settlement agreement.

3. Good cause exists to grant the requested relief, as such relief will facilitate the amicable resolution of this case via settlement.

WHEREFORE, the Defendant requests that the Court stay all pending deadlines for a period of 60 days, and for such additional relief as is just and proper.

### Local Rule 7.1(3) Certification

Undersigned counsel certifies that he conferred with counsel for the Plaintiff on June 26, 2020, and that the Plaintiff does not oppose the requested extension.

{00345376.DOC}

Dated: June 26, 2020

              **JENNIS LAW FIRM**

                /s/ *David S. Jennis*
              **DAVID S. JENNIS, ESQUIRE**
              Florida Bar No.  775940
              **ERIK JOHANSON, ESQUIRE**
              Florida Bar No. 106417
              606 E. Madison Street
              Tampa, FL 33602
              (813) 229-2800
              ecf@jennislaw.com
              djennis@jennislaw.com
              *Attorneys for Malibu Media, LLC*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded via CM/ECF to Jerold Schneider, Schneider IP Law, 7127 Corning Circle, Boynton Beach, Florida 33437 on this 26th day of June 2020.

                /s/ *David S. Jennis*
              **DAVID S. JENNIS, ESQUIRE**

{00345376.DOC}